# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00770-CV

**Texas Disposal Systems, Inc.; Texas Landfill Management, LLC; Texas Disposal Systems Landfill, Inc.; TDS Excavation Services, LLC (n/k/a TDS Environmental Services, LLC); TDS Land Management, LP; and The Austin Savanna, LLC, Appellants**

**v.**

**Raymond James & Associates, Inc., Appellee**

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-24-008711, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

   The parties have filed a Joint Motion to Abate this appeal while the parties pursue settlement negotiations and attempt to resolve the dispute that is the subject of this appeal. To expedite the disposition of this appeal and in the interest of conserving judicial resources, we grant the motion and abate the appeal. The parties shall submit either a joint status report indicating the status of the parties' settlement negotiations or a motion to reinstate on or before March 10, 2025. This appeal will remain abated until further order of this Court.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed:   January 10, 2025